UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| DANIEL P. KOPECKY, | No. 14 cv 94 EJM |
| Plaintiff, | |
| vs. | ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

This matter is before the court on plaintiff's consented Motion for Attorney Fees, filed June 22, 2015. Granted.

On March 23, 2015, the court entered judgment for plaintiff, reversing and remanding the case back to the Commissioner. The motion for attorney fees under the Equal Access to Justice Act, 28 U.S.C. §2412(d), is in order.

It is therefore

ORDERED

Granted. Plaintiff is awarded $4,984.54 pursuant to 28 U.S.C. § 2412(d), to be paid directly to the plaintiff by the Social Security Administration.

June 26, 2015

Edward J. McManus, Judge
UNITED STATES DISTRICT COURT